THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE GARCIA, Appellant.— Judgment of the Supreme Court, Kings County, rendered April 26, 1963, affirmed. On May 24, 1965 this case was remitted to the Supreme Court, Kings County, for a hearing to determine the voluntariness of certain statements made by defendant, pending which the appeal was held in abeyance (*People* v. *Garcia*, 23 A D 2d 891). The prescribed hearing resulted in findings that the statements were voluntary beyond a reasonable doubt. We have examined the minutes of the hearing and affirm the findings. We have examined

the other grounds urged for reversal and find them to be without merit. Brennan, Acting P. J., Rabin, Hopkins and Benjamin, JJ., concur.